UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20861-CIV-HUCK/SIMONTON

DWIGHT JOHANNES DOWNS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER AFTER HEARING

Presently pending before the Court is Defendant's Motion To Deny Plaintiff's Motion to Enforce Settlement, or, in the alternative, To Bifurcate (DE # 83). This motion is referred to the undersigned Magistrate Judge (DE # 80). The motion is fully briefed (DE ## 84, 85). On April 14, 2008, the undersigned heard oral argument on the motion.

The undersigned finds that Plaintiff's motion to enforce settlement can only be granted if United States Department of Justice attorney Christopher Walker had actual authority from the United States Department of Justice to settle the case on the terms relied upon by Plaintiff. See *United States v. Walcott*, 972 F.3d 323, 327 (11th Cir. 1992).

Therefore, for the reasons stated orally at the hearing, and after a careful review of the record, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion To Bifurcate (DE # 83), is **GRANTED**. On or before April 23, 2008, Plaintiff may take the telephonic deposition of Department of Justice attorney Christopher Walker, limited to the issue of his settlement authority in this case. A further telephonic status conference on this case will be held on Thursday, April 24, 2008 at 3:30 p.m., at which the parties shall be prepared to

discuss the scope of any evidentiary hearing or further discovery which they feel will be needed to ascertain whether attorney Walker had actual authority to settle this case on the terms relied upon by Plaintiff, as well as any witnesses who they intend to call at such a hearing.

**DONE AND ORDERED** in chambers in Miami, Florida, on April 14, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Paul C. Huck
    United States District Judge
All counsel of record