UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20861-CIV-HUCK/SIMONTON

DWIGHT JOHANNES DOWNS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendants.
_____/

## ORDER DENYING MOTION TO ENFORCE SETTLEMENT

THIS CAUSE comes before the Court upon Petitioner's Motion to Enforce Settlement, entered on December 28, 2007 [attached to D.E. #79]. The case was on appeal with the Eleventh Circuit Court of Appeals, which stayed and remanded the case to this Court for the limited purpose of determining whether an enforceable settlement agreement was reached between the parties. The matter was referred to the Honorable Andrea M. Simonton, United States Magistrate Judge [D.E #80], who issued a Report and Recommendation on the petition [D.E. #110] on June 20, 2008.

The motion was fully briefed in the Eleventh Circuit, and Magistrate Judge Simonton held an evidentiary hearing on May 15, 2008, limited to the issue of whether Department of Justice attorney Christopher Walker had actual authority from the Justice Department to settle the case on the terms claimed by Plaintiff. Magistrate Judge Simonton found that no enforceable settlement agreement was reached, and thus recommended that Plaintiff's Motion to Enforce Settlement be denied.

Plaintiff Downs has not objected to the Report and Recommendation so he is not challenging the factual findings contained in it. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts

the findings of fact and conclusions of law in the report.  Accordingly, it is hereby

       ORDERED AND ADJUDGED that Plaintiff's Motion is DENIED, and the Report is ADOPTED.

       DONE AND ORDERED in chambers, Miami, Florida, July 10, 2008.

                             PAUL C. HUCK
                             United States District Judge

**Copies Furnished To:**
Magistrate Judge Andrea M. Simonton
All Counsel of Record